UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN LEE ESTES,<br><br>                Plaintiff,<br><br>vs.<br><br>HEARINGS OFFICER SCANTLIN, et al.,<br><br>                Defendants. | NO: CV-12-5058-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND STRIKING *IN FORMA PAUPERIS* ORDER DATED JUNE 11, 2012 |

      Magistrate Judge Hutton filed a Report and Recommendation on August 16, 2012, recommending that the Order granting Plaintiff leave to proceed *in forma pauperis* and directing the agency having custody of Plaintiff to collect payments pursuant to 28 U.S.C. § 1915(b), ECF No. 11, be stricken due to Plaintiff's release from incarceration. There being no objections, the Court **ADOPTS** the Report and Recommendation and the *in forma pauperis* Order dated June 11, 2012 is **STRICKEN**.

      **DATED** this 28th day of September 2012.

                                    *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION -- 1