AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KEVIN LEE ESTES,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

                v.

HEARINGS OFFICER SCANTLIN, et al.,

                CASE NUMBER: CV-12-5058-JPH

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Second Amended Complaint, ECF No. 39, is DISMISSED for failure to state a claim upon which relief may be granted in this Court under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but without prejudice to Plaintiff pursuing appropriate tort claims or other actions in state court.

November 5, 2012                   JAMES R. LARSEN
*Date*                                                           *Clerk*
                                                                          s/ Sheila Parpolia
                                                                          *(By) Deputy Clerk*
                                                                          Sheila Parpolia